Robert BURGESS, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 19520.

United States Court of Appeals
Fifth Circuit.

June 29, 1962.

Charles Friend, Tallahassee, Fla., for appellant.

Clinton Ashmore, U. S. Atty., R. W. Ervin, III, Asst. U. S. Atty., Tallahassee, Fla., for appellee.

Before TUTTLE, Chief Judge, BELL, Circuit Judge, and SIMPSON, District Judge.

PER CURIAM.

The error assigned being without substance in law and fact, and having been rendered harmless in any event, the judgment of conviction appealed from is

Affirmed.

John MUNROE, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 19528.

United States Court of Appeals
Fifth Circuit.

July 6, 1962.

Daniel S. Pearson, Asst. U. S. Atty., Edward F. Boardman, U. S. Atty., Miami, Fla., for appellee.

Before TUTTLE, Chief Judge, BELL, Circuit Judge, and CARSWELL, District Judge.

PER CURIAM.

We conclude that the trial court properly held that the petition to set aside the judgment of conviction and sentence must be denied without a hearing, since it appeared on the face of the whole record that the movant was, under no circumstances, entitled to prevail.

The judgment is
Affirmed.